EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CAMDEN COUNTY, GEORGIA
**SUCV2024000941**
OCT 04, 2024 12:40 PM
Joy Turner, Clerk
Camden County, Georgia

**IN THE SUPERIOR COURT OF CAMDEN COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **CHARIS CHANCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NUMBER:** |
| **v.** | ) | |
| | ) | ______________________ |
| **RAKHIMBEK DOSSOV,** | ) | |
| **TAG CARGO INC, and** | ) | |
| **AMAZON LOGISTICS, INC.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendants.** | ) | |

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW Plaintiff, CHARIS CHANCE, and states her Complaint against Defendants RAKHIMBEK DOSSOV, TAG CARGO INC, and AMAZON LOGISTICS, INC. as follows:

## PARTIES AND JURISDICTION

1.

Plaintiff CHARIS CHANCE at all times material hereto was a resident of Camden County, GA.

2.

Defendant RAKHIMBEK DOSSOV was the driver of the vehicle involved in the subject collision and is a citizen and resident of the State of North Carolina, whose last known residence is 10929 Hunter Trail Lane, Charlotte, North Carolina 28226. Defendant RAKHIMBEK DOSSOV is subject to the jurisdiction of this Court and may be served by personal service of the Summons and Complaint at that address.

Exhibit A

3.

Defendant TAG CARGO INC is a Foreign Limited Liability Corporation authorized to do business in the State of Georgia, with its principal office located at 230 Deer Lane, Sleepy Hollow, Illinois 60118, and is subject to the Jurisdiction of this Court. Defendant TAG CARGO INC may be served by issuing Summons and a second original of this Complaint through its registered agent for service Evilsizor Process Servers LLC, 10233 South Parker Road, Suite 300, Parker, Colorado 80134.

4.

Defendant AMAZON LOGISTICS, INC. is a Foreign Profit Corporation authorized to conduct business in the State of Georgia with its principal office located at 410 Terry Avenue North, Seattle, WA, 98109, and is subject to the Jurisdiction of this Court. Defendant AMAZON LOGISTICS, INC. may be served by issuing Summons and a third original of this Complaint through its registered agent for service Corporation Service Company at 2 Sun Court, Suite 400, Peachtree Corners, Gwinnett County, Georgia 30092.

5.

Defendants RAKHIMBEK DOSSOV, TAG CARGO INC, and AMAZON LOGISTICS, INC. are joint tortfeasors and as such, venue as to all Defendants is proper in Camden County, Georgia.

**COUNT I – NEGLIGENCE OF DEFENDANT RAKHIMBEK DOSSOV**

6.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 5 above as if they were fully restated verbatim.

7.

On or about December 22nd, 2023, at approximately 7:27 P.M., Plaintiff CHARIS CHANCE was operating a 2020 Nissan Rogue Sport, eastbound on East King Avenue, intersecting with I-95 NB Off Ramp in Kingsland, Camden County, Georgia.

7.

On or about the same time and place, Defendant RAKHIMBEK DOSSOV was operating a 2019 Freightliner Cascadia, westbound on East King Avenue, intersecting with I-95 NB Off Ramp in Kingsland, Camden County, Georgia, when he negligently, recklessly, carelessly and unlawfully operated said vehicle so as to cause it to collide with Plaintiff's vehicle.

8.

As a result of the collision, Plaintiff CHARIS CHANCE suffered serious injuries.

9.

At all relevant times, Defendant RAKHIMBEK DOSSOV owed certain civil duties to Plaintiff CHARIS CHANCE. Notwithstanding those duties, Defendant RAKHIMBEK DOSSOV did violate them in, but not limited to, the following particulars:

a. In failing to make reasonable and proper observations while driving the 2019 Freightliner Cascadia; or, if reasonable and proper observations were made, failing to act thereon;

b. In failing to make timely and proper application of his brakes in violation of

O.C.G.A. § 40-6-241;

c. In failing to observe or undertake the necessary precautions to keep 2019 Freightliner Cascadia from colliding with the Plaintiff's vehicle in violation of O.C.G.A. § 40-6-390;

d. In driving the 2019 Freightliner Cascadia without due caution and circumspection and in a manner so as to endanger the person and/or property of others in the immediate vicinity in violation of O.C.G.A. § 40-6-241;

e. In driving the 2019 Freightliner Cascadia in reckless disregard for the safety of persons and/or property in violation of O.C.G.A. § 40-6-390; and

f. In improperly failing to stop, violating Plaintiff's right of way, and by committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

10.

Defendant RAKHIMBEK DOSSOV's violations of the aforementioned duties of care constitute negligence *per se*.

11.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant RAKHIMBEK DOSSOV, Plaintiff CHARIS CHANCE has suffered significant injuries, medical expenses, and damages. These damages include emotional distress, personal inconvenience, mental and physical pain and suffering, loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, along with an inability to lead a normal life.

**COUNT II – NEGLIGENCE OF DEFENDANT TAG CARGO INC**

12.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if they were fully restated verbatim.

13.

At all relevant times, Defendant RAKHIMBEK DOSSOV was an employee and agent of Defendant TAG CARGO INC, and was driving a 2019 Freightliner Cascadia within the course and scope of his employment with Defendant TAG CARGO INC.

14.

Defendant TAG CARGO INC is liable for the acts and omissions of Defendant RAKHIMBEK DOSSOV as Defendant TAG CARGO INC's agent and employee at the time of the collision-in-suit, under the theory of *respondeat superior*.

15.

Defendant TAG CARGO INC negligently hired, trained, retained, and supervised Defendant RAKHIMBEK DOSSOV.

16.

Defendant TAG CARGO INC negligently entrusted the commercial vehicle to Defendant RAKHIMBEK DOSSOV when they knew or should have known that their driver was incompetent or unfit to perform the duties given to the driver by the company.

17.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant TAG CARGO INC, Plaintiff CHARIS CHANCE has suffered significant injuries,

medical expenses, and damages. These damages include emotional distress, personal inconvenience, mental and physical pain and suffering, loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, along with an inability to lead a normal life.

**COUNT III – NEGLIGENCE OF DEFENDANT AMAZON LOGISTICS, INC.**

18.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 17 above as if they were fully restated verbatim.

19.

At all relevant times, Defendant RAKHIMBEK DOSSOV was an employee and agent of Defendant AMAZON LOGISTICS, INC., and Defendant RAKHIMBEK DOSSOV was driving a 2019 Freightliner Cascadia within the course and scope of employment with Defendant AMAZON LOGISTICS, INC.

20.

Defendant AMAZON LOGISTICS, INC. is liable for the acts and omissions of Defendant RAKHIMBEK DOSSOV as Defendant AMAZON LOGISTICS, INC.'s agent and employee at the time of the collision-in-suit, under the theory of *respondeat superior*.

20.

Defendant AMAZON LOGISTICS, INC. negligently hired, trained, retained, and supervised Defendant RAKHIMBEK DOSSOV.

21.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant AMAZON LOGISTICS, INC., Plaintiff CHARIS CHANCE has suffered significant injuries, medical expenses, and damages. These damages include emotional distress, personal inconvenience, mental and physical pain and suffering, loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, along with an inability to lead a normal life.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff CHARIS CHANCE respectfully prays and demands as follows:

a. That Process and Summons issue, as provided by law, requiring Defendants to appear and answer Plaintiff's Complaint;

b. That service be had upon Defendants as provided by law;

c. That Plaintiff have and recover general damages from Defendants, as the jury deems is liable to Plaintiff, and in such an amount as the jury deems just and appropriate to fully and completely compensate Plaintiff for all of her injuries and pain and suffering, mental, physical, and emotional, past, present, and future;

d. That Plaintiff have and recover from Defendants, special damages for past and future medical expenses and loss of income in the past and future in such an amount as shall be proven at trial;

e. That this matter be tried to a jury;

f. That all costs be cast against the Defendants; and

g. For such other and further relief as this Court deems just and appropriate.

This 4th day of October, 2024.

/s/ Joe Harrison Wade, II
**JOE HARRISON WADE, II**
Georgia Bar No. 687480

**MORGAN & MORGAN**
200 Stephenson Avenue, Suite 200
Savannah, GA 31405
Email: jwade@forthepeople.com
Telephone: (912) 443-1036
Attorney for Plaintiff

# General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of Camden County

**For Clerk Use Only**

**Date Filed** 10-04-2024 (MM-DD-YYYY) **Case Number** SUCV2024000941

| Plaintiff(s) | Defendant(s) |
|---|---|
| Chance, Charis | Amazon Logistics, Inc. |
| Last / First / Middle I. / Suffix / Prefix | Last / First / Middle I. / Suffix / Prefix |
| | Dossov, Rakhimbek |
| Last / First / Middle I. / Suffix / Prefix | Last / First / Middle I. / Suffix / Prefix |
| | |
| Last / First / Middle I. / Suffix / Prefix | Last / First / Middle I. / Suffix / Prefix |
| | |
| Last / First / Middle I. / Suffix / Prefix | Last / First / Middle I. / Suffix / Prefix |

**Plaintiff's Attorney** Wade, Joe Harrison **Bar Number** 687480 **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ☑ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_______________ Case Number     _______________ Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_______________ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_______________________________________________

_______________________________________________

# General Civil and Domestic Relations Case Disposition Information Form

☑ Superior or ☐ State Court of Camden County

**For Clerk Use Only**

**Date Disposed** ____________________ **Case Number** SUCV2024000941
MM-DD-YYYY

**Case Style** Chance v Amazon Logistics, Inc., et al

**Plaintiff(s)**

Chance, Charis

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

Amazon Logistics, Inc.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Dossov, Rakhimbek

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Reporting Party** ________________________________________

**Plaintiff's Attorney** Wade, Joe Harrison **State Bar Number** 687480 **Self-Represented** ☐

**Defendant's Attorney** ________________________ **State Bar Number** ______________ **Self-Represented** ☐

**Manner of Disposition**
**Check Only One**

☐ **Jury Trial**
☐ **Bench/Non-Jury Trial**
☐ **Non-Trial Disposition, such as:**
☐ **Alternative Dispute Resolution**

☐ Check if any party was self-represented at any point during the life of the case.

☐ Check if the court ordered an interpreter for any party, witness, or other involved individual.

☐ Check if the case was referred/ordered to a court-annexed alternative dispute resolution process.

# SUPERIOR COURT OF CAMDEN COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER SUCV2024000941

Chance, Charis

**PLAINTIFF**

**VS.**

Amazon Logistics, Inc.
Dossov, Rakhimbek

**DEFENDANTS**

## SUMMONS

TO: AMAZON LOGISTICS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Joe Harrison Wade**
**MORGAN AND MORGAN PLLC**
**P.O. Box 57007**
**Atlanta, Georgia 30343**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of October, 2024.**

Clerk of Superior Court



Joy Turner, Clerk
Camden County, Georgia

# SUPERIOR COURT OF CAMDEN COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER SUCV2024000941

Chance, Charis

**PLAINTIFF**

**VS.**

Amazon Logistics, Inc.
Dossov, Rakhimbek

**DEFENDANTS**

**SUMMONS**

TO: DOSSOV, RAKHIMBEK

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Joe Harrison Wade**
**MORGAN AND MORGAN PLLC**
**P.O. Box 57007**
**Atlanta, Georgia 30343**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of October, 2024.**

Clerk of Superior Court

Joy Turner, Clerk
Camden County, Georgia

# SUPERIOR COURT OF CAMDEN COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER SUCV2024000941

Chance, Charis

**PLAINTIFF**

**VS.**

Amazon Logistics, Inc.
Dossov, Rakhimbek

**DEFENDANTS**

**SUMMONS**

TO: TAG CARGO INC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Joe Harrison Wade**
**MORGAN AND MORGAN PLLC**
**P.O. Box 57007**
**Atlanta, Georgia 30343**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of October, 2024.**

Clerk of Superior Court

Joy Turner, Clerk
Camden County, Georgia